E-filing

**FILED**
FEB - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Gente del Estado de CA,

    Plaintiff,

vs.

Francisco Partida,

    Defendant.

CV 08 0867 JF (PR)

CASE NO. 194241

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Francisco Partida, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. 194241 - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  Yo Trabajaba Jornalero y gana diez dollares la hora
5  Nunca tuve un Trabajo establé por mi ilegalidad.
6  Aqui en prision no tengo Trabajo...

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9   a.  Business, Profession or                              Yes ___ No _X_
10      self employment
11  b.  Income from stocks, bonds,                           Yes ___ No _X_
12      or royalties?
13  c.  Rent payments?                                       Yes ___ No _X_
14  d.  Pensions, annuities, or                              Yes ___ No _X_
15      life insurance payments?
16  e.  Federal or State welfare payments,                   Yes ___ No _X_
17      Social Security or other govern-
18      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.  Are you married?                                     Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. 194241    - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).

5  Solo mi madre y miss hermanos pero mas a mi mama
6  Sometimes two hundred every two or three monts

7  5.  Do you own or are you buying a home?   Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ___ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)   Yes ___ No ___
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ _____   Utilities: _____
23 Food: $ _____   Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____   $ _____   $ _____
27 _____   $ _____   $ _____
28 _____   $ _____   $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. 194241    - 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

01/03/08/         Francisco Q Partida
DATE              SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. 194241    - 4 -

1
2                                                    Case Number: __194241__
3
4
5
6
7
8
9                      **CERTIFICATE OF FUNDS**
10
11                                IN
12                      **PRISONER'S ACCOUNT**

13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of _____ for the last six months a
                                         [prisoner name]
15 at_____ where (s)he is confined.
         [name of institution]
16     I further certify that the average deposits each month to this prisoner's account for the
17 most recent 6-month period were $ _____ and the average balance in the prisoner's
18 account each month for the most recent 6-month period was $_____.
19
20 Dated:_____                    _____
                                       [Authorized officer of the institution]
21
22
23
24
25
26
27
28

- 5 -