NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO PARTIDA, | No. C 08-0867 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL WITHOUT PREJUDICE |
| v. | |
| GENTE DEL ESTADO DE CALIFORNIA, | |
| Respondent. | |
| _____ / | (Docket No. 2) |

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an incomplete motion to proceed in forma pauperis on February 8, 2008. On that same day, the Clerk of Court sent a notification to Petitioner that his in forma pauperis application was incomplete because he failed to submit a certificate of funds from his prisoner account and a trust account statement showing transactions for the prior six months. The Clerk of Court provided a copy of the correct form for application to proceed in forma pauperis, instructions, and a notification that the case would be dismissed if Petitioner failed to pay the fee or file the completed application within thirty days. As of the date of this order, Petitioner has not responded.

///

1 Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or
2 file a completed in forma pauperis application. Petitioner's incomplete motion to proceed in
3 forma pauperis (docket no. 2) is DENIED. The Clerk shall terminate any pending motions
4 and close the file.

5     IT IS SO ORDERED.

6 Dated:    3/31/08

         _____
         JEREMY FOGEL
         United States District Judge

United States District Court
For the Northern District of California

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.Jf\HC.08\Partida867disifp.wpd          2