C08-0867JF

_FRANCESCO PARTIDA_
Petitioner

_L.E. SCRIBNER (WARDEN)_
Respondent(s)

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

FILED
MAR 28 2008

I, _FRANCESCO PARTIDA #F22180_, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes  ☑ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☐ Yes  ☑ No
    b. Rent payments, interest or dividends?              ☐ Yes  ☑ No
    c. Pensions, annuities or life insurance payments?    ☐ Yes  ☑ No
    d. Gifts or inheritances?                             ☐ Yes  ☑ No
    e. Any other sources?                                 ☐ Yes  ☑ No

    If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes  ☑ No

   If the answer is yes, state the total value of the items owned: _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☑ No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: _____

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on  3/13/08                    ∅ Francisco Partida
             ―――――                      ――――――――――――――
              Date                       Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ -7.00 on account to his credit at the   CAUPATRIA STATE PRISON   institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution:   N/A

_____

  3/14/08                                      ⊃3-(?)
―――――――                               ―――――――――――――――――――
   Date                                Authorized Officer of Institution/Title of Officer

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 03/14/08
                                                                                     PAGE NO:         1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              CALIPATRIA STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 14, 2008

ACCOUNT NUMBER : F22180                       BED/CELL NUMBER: FD040000000001151
ACCOUNT NAME   : PARTIDA, FRANCISCO           ACCOUNT TYPE:    I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

DATE     HOLD
PLACED   CODE   DESCRIPTION                   COMMENT          HOLD AMOUNT
------   ----   -----------                   -------          -----------
01/08/2008 H104 DAMAGES HOLD                  IDCARD3849             7.00

                             TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL        TOTAL       CURRENT    HOLDS      TRANSACTIONS
BALANCE         DEPOSITS     WITHDRAWALS BALANCE    BALANCE    TO BE POSTED
---------       --------     ----------- -------    -------    ------------
   0.00           0.00          0.00       0.00       7.00         0.00

                                                              CURRENT
                                                              AVAILABLE
                                                              BALANCE
                                                              ---------
                                                                 7.00-
```

| STATE OF CALIFORNIA<br>GA-22 (9/92) | **INMATE REQUEST FOR INTERVIEW** | DEPARTMENT OF CORRECTIONS |
|---|---|---|

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 3/13/08 | INMATE TRUST ACCOUNT | PARTIDA, F | F-22180 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM ___ TO ___ |
|---|---|---|---|
| D-4 | 115 | N/A | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM ___ TO ___ |
|---|---|

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I'm requesting a summery statement of my trust activity for the pass 6 months so I may file my court papers. Thank you.

INTERVIEWED BY _____ DATE _____

DISPOSITION

