*original*

FILED
JUN - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Francisco Partida,

    Plaintiff,

vs.

L.E. Scribner, Warden ET AL.,

    Defendant.

CASE NO. CV 0867-JF (PR)

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Francisco Partida, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief. (See Ex.A.)

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _x_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. CV 0867-JF  - 1 - (PR)

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____
5  _____
6  _____

7  2. Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a. Business, Profession or            Yes ____ No _X_
10         self employment
11     b. Income from stocks, bonds,          Yes ____ No _X_
12         or royalties?
13     c. Rent payments?                     Yes ____ No _X_
14     d. Pensions, annuities, or              Yes ____ No _X_
15         life insurance payments?
16     e. Federal or State welfare payments,      Yes ____ No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
                            N/A
21 _____
22 _____

23 3. Are you married?                             Yes ____ No _X_
24 Spouse's Full Name: _____N/A_____
25 Spouse's Place of Employment: _____N/A_____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____N/A_____ Net $_____N/A_____
28 4.    a. List amount you contribute to your spouse's support:$ ___0___

1      b.    List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5             N/A

6

7  5.    Do you own or are you buying a home?    Yes ____ No __x__

8  Estimated Market Value: $____0____    Amount of Mortgage: $____0____

9  6.    Do you own an automobile?    Yes ____ No __x__

10 Make ____N/A____ Year ____N/A____ Model ____N/A____

11 Is it financed? Yes ____ No __x__ If so, Total due: $ ____0____

12 Monthly Payment: $ ____0____

13 7.    Do you have a bank account? Yes ____ No __0__ (Do not include account numbers.)

14 Name(s) and address(es) of bank: ____N/A____

15

16 Present balance(s): $ ____0____

17 Do you own any cash? Yes ____ No __x__ Amount: $ ____0____

18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19 market value.) Yes ____ No __x__

20

21 8.    What are your monthly expenses?

22 Rent: $ ____0____ Utilities: ____0____

23 Food: $ ____0____ Clothing: ____0____

24 Charge Accounts:

25 Name of Account    Monthly Payment    Total Owed on This Acct.

26 ____N/A____    $ ____N/A____    $ ____N/A____

27 ____N/A____    $ ____N/A____    $ ____N/A____

28 ____N/A____    $ ____N/A____    $ ____N/A____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No __X__

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

5/23/08                                   Francisco Partida
DATE                                      SIGNATURE OF APPLICANT

E X H I B I T                    A

Case 5:08-cv-00867-JF    Document 8    Filed 06/06/2008    Page 5 of 9

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant __PARTIDA__
(NAME OF INMATE)

__F22180__
(INMATE'S CDC NUMBER)

has the sum of $ __-7.00__ on account to his/her credit at

__California State Prison__
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities __N/A__

to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's *average monthly balance* was $ __0__

and the *average monthly deposits* to the applicant's account was $ __0__

__4/14/08__
DATE

__K. Perdomo__
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

__K. Perdomo__
OFFICER'S FULL NAME (PRINTED)

__Account Clerk II__
OFFICER'S TITLE/RANK

```
REPORT ID: TS3030  .701                                                        REPORT DATE: 04/14/08
                                                                               PAGE NO:         1
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 CALIPATRIA STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: AUG. 01, 2007 THRU APR. 14, 2008

ACCOUNT NUMBER  : F22180                         BED/CELL NUMBER: FD0400000000115L
ACCOUNT NAME    : PARTIDA, FRANCISCO             ACCOUNT TYPE: I
PRIVILEGE GROUP : B

                              TRUST ACCOUNT ACTIVITY

                  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT

DATE       HOLD
PLACED     CODE     DESCRIPTION          COMMENT          HOLD AMOUNT
-------    ----     -----------          -------          -----------
04/08/2008 H104     DAMAGES HOLD         IDCARD3849              7.00


                          TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL        CURRENT     HOLDS      TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS  BALANCE     BALANCE    TO BE POSTED
---------      --------     -----------  -------     -------    ------------
  0.00           0.00          0.00        0.00        7.00          0.00

                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                     7.00-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
   TRUST OFFICE

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

(C.C.P. SEC. 446 & 2015.5: 28 U.S.C. 1746)

I, Francisco Partida DECLARE UNDER PENALY OF PERJURY THAT: I AM THE __Petitioner__ IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS __23rd__ DAY OF __May__ 2008 AT CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA 92233-5002

(SIGNATURE) Francisco Partida
DECLARANT/PRISONER

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5 28 U.S.C. 1746)

I, _____ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF IMPERIAL, STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / AM NOT A PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS P.O. BOX 5002, CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

ON __5/23/__ 2008 IS SERVED THE FOREGOING:

PETITIONER'S APPLICATION TO
PROCEED IN FORMA PAUPERIS

SET FORTH EXACT TITLE OF DOCUMENTS SERVED

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

Office of the Clerk
U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA 95113-3095

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE __5/23/__, 2008    X Francisco Partida
(DECLARANT / PRISONER)

Francisco Parlida
F 22180 D4-115
P.O. Box 5002



OFFICE of The Clerk
U.S. District Court
Northern District of California
280 South First Street, Room
San Jose, CA 95113-3095



GENERATED FROM
CALIPATRIA STATE PRISON

UNITED STATES POSTAGE
$05.60⁰
MAILED FROM ZIPCODE 92233
02 1A
0004627869
JUN 04 2008
PITNEY BOWES