ORIginal

Francisco Partida
CDC#F22180 D4-115
Department of Corrections
Calipatria State Prison
7018 Blair Rd.
Calipatria, CA 92233
P.O. Box 5002
Calipatria, CA 92233-5002
   Tel.: (760) 348-7000
   Fax.: (760) 348-6064

(Assisted by J. Armstrong)

**FILED**

JUN - 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08 - 867

| | |
|---|---|
| FRANCISCO PARTIDA, | ) Case No. CV 0867-JF (PR) |
| | ) |
| Petitioner, | ) PETITIONER'S RULE 60(b) |
| | ) MOTION FOR RELIEF FROM |
| | ) JUDGMENT OR ORDER; EXHIBITS |
| | ) |
| | ) |
| V. | ) |
| | ) |
| | ) |
| | ) |
| L.E. SCRIBNER, WARDEN ET AL., | ) |
| | ) |
| Respondents. | ) |

        COMES NOW; Petitioner, Francisco Partida, by
and through the assistance of Inmate (Jerry L. Armstrong,
CDC#K43710), on a Rule 60(b) Motion for relief from
judgment or order.  (See Fed.Rules Civ.P. 60(b).)

        Inmate Armstrong is not a party to this case.
Petitioner, Francisco Partida, has sought Mr. Armstrong's
assistance in filling-out the application to proceed
in forma parperis.  The declarations of Petitioner,
Francisco Partida, CDC#F22180; and Inmate Jerry L.

-1-

Armstrong, CDC#K43810; is set forth in **Attachment A** and **B to this memorandum.**

With the assistance of Inmate Jerry L. Armstrong, CDC#K43710, Petitioner Francisco Partida, now submits the completed in forma pauperis application along with the memorandum of points and authorties in support of the Rule 60(b) motion for relief from judgment or order.

I declare under penalty of perjury the matters stated herein are true and correct.

Executed on this 23rd day of   May   , 2008 , at Calipatria, CA 92233-5002.

Respectfully submitted,

Francisco Partida

Francisco Partida
CDC#F22180
(Petitioner)

Jerry L. Armstrong
CDC#K43710
(Assistant)

-2-

MEMORANDUM OF POINTS AND AUTHORITIES

I

PETITIONER IS ENTITLED TO RELIEF FROM JUDGMENT

The case was dismissed without prejudice for failure to pay the filing fee or file a completed in forma pauperis application. Petitioner's incomplete motion to proceed in forma pauperis (docket no. 2) was also denied. The Clerk was directed to terminate any pending motions and close the file. A copy of the Court's Order is set forth in **Attachment C to this memorandum.**

Pursuant to Federal Rules of Civil Procedure, Rule 60(b) the court may relieve a party or a party's legal represenative from a final judgment, order, or proceeding for the following reasons: (1) mistake, inadvertence, suprise, or excusable neglect, etc.

In this case Petitioner is not capable of correctly filling-out the in forma pauperis application. As stated in the accompaning declaration of Jerry L. Armstrong, CDC#K43710, Mr. Partida was directed to write to the Inmate Trust Account Office and to request a copy of the past six-months of his Inmate Trust Account Statements. Petitioner's Inmate Trust Account Statements is now attached to the fee waiver application along with the Rule 60(b) motion.

-3-

The present filing of the Rule 60(b) motion along with the application to proceed in forma pauperis, was delayed for the following reasons:

> On Thursday, April 03, 2008, the California Department of Corrections and Rehabilitation went into a state wide modified program as result of mulitple Battery on a Peace Officer at CCI. Therefore, Calipatria State Prison will be operating under Modified Program utilizing non-Hispanic essential critical workers only in program support areas. An unclothed body search will be conducted prior to all inmate movement (prior to exiting cell or work leaving assignment). All escorts will be in restraints, with the exception of MSF. MSF will be under controlled movement while outside housing unit and will remain in their bunks inside the housing unit. Critical Workers List will consist of non-Hispanic inmates only. This Program Status Report will be reviewed on April 4, 2008. (Copies of the Program Status Reports dating from April 03, 2008, thru May 14, are set sorth in **Attachment D to this memorandum**).

Due to these events no law library access was allowed (except for court established deadlines). It should be noted that Rule 60(b) does not assume to define the substantive law as to the grounds for vacating judgments, but merely prescribes the practice in proceedings to obtain relief. As indicated by Petitioner's previous attempts to file a simple fee waiver application, and his inability to do so correct-ly, justifies the relief sought from the Court's March 31, 2008 Order.

-4-

CONCLUSION

In conclusion with the facts now fully stated.
Petitioner respectfully asks the Court to re-open
his case file and to allow him to proceed in forma
pauperis, and to seek the redress of the merits of
his claims.

Dated: 5/23/08

Respectfully submitted,

*Francisco Partida*
Francisco Partida
CDC#F22180

(Petitioner)

Jerry L. Armstrong
CDC#K43710

(Assistant)

-5-

ATTACHMENT A

DECLARATION

OF

FRANCISCO PARTIDA

STATE OF CALIFORNIA )

COUNTY OF IMPERIAL  ) )SS: DECLARATION OF FRANCISCO PARTIDA

I, FRANCISCO PARTIDA, declare as follows:

1. I am the PETITIONER in the title case: Francisco Partida v. L.E. Scribner, Warden ET AL., No.: CV 0867-JF (PR).

2. I speak extremely limited English and I do not know how to correctly file nor litigate the claims in my case.

3. I asked another inmate (Jerry L. Armstrong, CDC#K43710) to help me file my papers correctly.

4. I declare under penalty of perjury the above is true and correct.

5. Executed on this 20th day of May , 2008 , at Calipatria, CA 92233.

Respectfully submitted,

Francisco Partida
Francisco Partida
CDC#F22180

(Petitioner)

Jerry L. Armstrong
CDC#k43710

(Assistant)

ATTACHMENT          B


DECLARATION

OF

JERRY L. ARMSTRONG

STATE OF CALIFORNIA )
                     )SS: DECLARATION OF JERRY L. ARMSTRONG
COUNTY OF IMPERIAL   )

I, JERRY L. ARMSTRONG, declare as follows:

1. I am not a party to this petition.

2. I am an Inmate currently incarcerated at Calipatria State Prison, and housed in the same unit as Petitioner FRANCISCO PARTIDA, CDC#F22180.

3. Inmate Partida, sought my assistance to re-file his In Forma Pauperis Application because he was unable to do it correctly.

4. Inmate Partida, speaks extremely broken-English.

5. I am not aware of any of the claims made in his federal writ petition nor the merits thereof.

6. In an attempt to protect Petitioner's interests, I assisted him with the Rule 60(b) motion and In Forma Pauperis Application.

7. I declare under penalty of perjury the matters stated above are true and correct.

8. Executed on this 20th day of May, 2008, at Calipatria, CA 92233.

Respectfully submitted,

Jerry L. Armstrong
CDC#K43710 D4-127L
Department of Corrections
Calipatria State Prison
7018 Blair Rd.
Calipatria, CA 92233
P.O. Box 5002
Calipatria, CA 92233-5002
 Tel.: (760) 348-7000
 Fax.: (760) 348-6064

A T T A C H M E N T        C

1
2
3
4
5
6
7
8
9
10
11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

FRANCISCO PARTIDA,                          No. C 08-0867 JF (PR)

13
                    Petitioner,              ORDER OF DISMISSAL WITHOUT
14                                           PREJUDICE
        v.
15
GENTE DEL ESTADO DE CALIFORNIA,
16
                    Respondent.
17
                                          /  (Docket No. 2)
18

United States District Court

19          Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed

20  an incomplete motion to proceed in forma pauperis on February 8, 2008. On that same day,

21  the Clerk of Court sent a notification to Petitioner that his in forma pauperis application was

22  incomplete because he failed to submit a certificate of funds from his prisoner account and a

23  trust account statement showing transactions for the prior six months. The Clerk of Court

24  provided a copy of the correct form for application to proceed in forma pauperis, instructions,

25  and a notification that the case would be dismissed if Petitioner failed to pay the fee or file

26  the completed application within thirty days. As of the date of this order, Petitioner has not

27  responded.

28  ///

1   Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee or

2   file a completed in forma pauperis application.  Petitioner's incomplete motion to proceed in

3   forma pauperis (docket no. 2) is DENIED.  The Clerk shall terminate any pending motions

4   and close the file.

5       IT IS SO ORDERED.

6   Dated: _____3/31/08_____

JEREMY FOGEL
7                               United States District Judge

8

9

10

11

12

13

14

15

16

17

18

**United States District Court**

19

20

21

22

23

24

25

26

27

28

Order of Dismissal Without Prejudice
P:\PRO-SE\SJ.Jf\HC.08\Partida867disifp.wpd                    2

MIME-Version:1.0
From:ECF-CAND@cand.uscourts.gov
To:efiling
Message-Id:<4260093@cand.uscourts.gov>
Bcc:
Subject:Activity in Case 5:08-cv-00867-JF Partida v. Gente del Estado de California Order Dismissing
Content-Type: text/plain***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.**
California Northern District

Notice of Electronic Filing
The following transaction was entered  on 3/31/2008 9:10 AM  and filed on
3/31/2008

Case Name: Partida v. Gente del Estado de California
Case Number: 5:08-cv-867 https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?200264

Filer:
WARNING: CASE CLOSED on 03/31/2008

Document Number: 4
Copy the URL address from the line below into the location bar of your Web
browser to view the document: Document: https://ecf.cand.uscourts.gov/doc1/03504449100?magic_num=MAG

Docket Text:
ORDER DISMISSING CASE.  Signed by Judge Jeremy Fogel on 3/31/08. (jfsec,
COURT STAFF) (Filed on 3/31/2008)
5:08-cv-867 Notice has been electronically mailed to:


5:08-cv-867 Notice has been delivered by other means to:
Francisco Partida
F22180
Calipatria State Prison
7018 Blair Road
P.O. Box 5007
Calipatria,  CA 92233


The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: G:\JFALL\PDFtoEFile\08-867.pdf
 Electronic document Stamp:
 [STAMP CANDStamp_ID=977336130 [Date=3/31/2008] [FileNumber=4260092-0] [6f56d58d219c38dc92c92ab6f24b

1

2

3

4

5

6

7

8

NOT FOR CITATION

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

FRANCISCO PARTIDA,                              No. C 08-0867 JF (PR)

13

        Petitioner,                              JUDGMENT

14

   v.

15

GENTE DEL ESTADO DE CALIFORNIA,

16

        Respondents.

17

                             /

18

      The Court has dismissed this habeas action without prejudice for Petitioner's failure to

19

file a completed in forma pauperis application or pay the filing fee.  A judgment of dismissal

20

without prejudice is entered.  The Clerk of the Court shall close the file.

21

22

     IT IS SO ORDERED.

23

Dated:      3/31/08

24

                  JEREMY FOGEL
                  United States District Judge

25

26

27

28

Judgment
P:\PRO-SE\SJ.Jf\HC.08\Partida867jud.wpd

A  T  T  A  C  H  M  E  N  T                D

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CALIPATRIA STATE PRISON | April 3, 2008 | CAL-CEN-08-005 |

[ ] NORMAL PROGRAM  [X] MODIFIED PROGRAM  [ ] LOCKDOWN  [ ] STATE OF EMERGENCY

[X] INITIAL  [ ] UPDATE  [ ] CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
[X] INSTITUTION
[ ] FACILITY:
[ ] HOUSING UNIT:
[ ] VOCATION:
[ ] EDUCATION:

**INMATES AFFECTED**
[X] ALL
[ ] BLACKS
[ ] WHITE
[ ] HISPANIC
[ ] OTHER

**REASON**
[X] BATTERY ON PEACE OFFICER at CCI
[ ] DEATH
[ ] RIOT / DISTURBANCE
[ ] GROUPING
[ ] OTHER:

**MOVEMENT**
[ ] NORMAL
[X] ESCORT ALL MOVEMENT IN RESTRAINTS
[X] UNCLOTHED BODY SEARCH PRIOR TO ESCORT
[ ] CONTROLLED MOVEMENT
[X] OTHER: CRITICAL WORKERS UNRESTRAINED TO AND FROM WORKSITE

**FEEDING**
[ ] NORMAL
[X] CELL FEEDING
[ ] CONTROLLED FEEDING IN DINING ROOM
  [ ] HOUSING UNIT/DORM AT A TIME
  [ ] DORM POD AT A TIME
  [ ] TIER AT A TIME
  [ ] HOUSING UNIT SECTION AT A TIME
[ ] SACK MEAL BREAKFAST
[X] SACK MEAL LUNCH
[ ] SACK MEAL DINNER

**DUCATS**
[ ] ALL DUCATS HONORED
[X] MEDICAL DUCATS ONLY IN RESTRAINTS
[X] CLASSIFICATION DUCATS IN RESTRAINTS
[X] PRIORITY DUCATS ONLY IN RESTRAINTS

**VISITING**
[ ] NORMAL VISITING
[ ] NON-CONTACT ONLY
[X] NO VISITING
[ ] OTHER:

**WORKERS**
[X] CRITICAL WORKERS ONLY (Refer to Critical Workers List) Non-Hispanic Inmates Only
[X] CULINARY CRITICAL WORKERS
[ ] CLERKS
[ ] VOCATION/EDUCATION
[ ] CANTEEN
[ ] CLOTHING ROOM
[ ] RESTRICTED WORK PROGRAM
[X] PORTERS:

**SHOWERS**
[ ] NORMAL
[ ] ESCORTED AND HANDCUFFED
[ ] ONE INMATE PER SHOWER – OWN TIER
[ ] CELL PARTNERS TOGETHER – OWN TIER
[ ] DORM SHOWERING BY GROUP
[ ] CRITICAL WORKERS ONLY
[X] NO SHOWERS

**MEDICAL**
[ ] NORMAL MEDICAL PROGRAM
[X] PRIORITY DUCATS ONLY
[X] RN/LVN CONDUCT ROUNDS IN UNITS
[X] INMATES ESCORTED TO SICK CALL
[ ] EMERGENCY MEDICAL ONLY
[ ] OTHER:

**LEGAL LIBRARY**
[ ] NORMAL
[X] APPROVED COURT DEADLINES

**DAYROOM**
[ ] NORMAL
[X] NO DAYROOM ACTIVITIES
[ ] MODIFIED:

**RECREATION**
[ ] NORMAL
[X] NO RECREATIONAL ACTIVITIES
[ ] MODIFIED:

**CANTEEN**
[ ] NORMAL
[X] NO CANTEEN
[ ] MODIFIED:

**PACKAGES**
[ ] NORMAL
[X] NO PACKAGES
[ ] MODIFIED:

**PHONE CALLS**
[ ] NORMAL
[X] NO PHONE CALLS
[ ] MODIFIED:

**RELIGIOUS SERVICES**
[ ] NORMAL
[ ] NO RELIGIOUS SERVICES
[X] MODIFIED: IN CELL RELIGIOUS ACTIVITIES ONLY

REMARKS: On Thursday, April 03, 2008, the California Department of Corrections and Rehabilitation went into a state wide modified program as result of multiple Battery on a Peace Officer at CCI. Therefore, Calipatria State Prison will be operating under Modified Program utilizing non-Hispanic essential critical workers only in program support areas. An unclothed body search will be conducted prior to all inmate movement (prior to exiting cell or work leaving assignment). All escorts will be in restraints, with the exception of MSF. MSF will be under controlled movement while outside housing unit and will remain in their bunks inside the housing unit. Critical Workers List will consist of non-Hispanic inmates only. This Program Status Report will be reviewed on April 4, 2008.

| PREPARED BY: J. BUILTEMAN, Associate Warden | DATE April 3, 2008 | NAME / SIGNATURE (WARDEN) L. E. SCRIBNER, WARDEN | DATE April 3, 2008 |

CDCR 3022-B (REV. 07/07)

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

*Describe only this reporting periods specific Plan of Operation*

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| Calipatria State Prison | April 4, 2008 through April 7, 2008 | CDCR-DAI-08-001-A/C/D/MSF |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☒ INITIAL | ☐ UPDATE | ☐ CLOSURE |
|---|---|---|

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION: Male Inmates, Except Camps & CCFs | ☐ ALL | ☒ BATTERY |
| ☐ FACILITY: | ☐ BLACK | ☐ DEATH |
| ☐ HOUSING UNIT: | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☒ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☐ OTHER |
| ☒ OTHER: Including Mental Health | ☐ | ☒ Serious Battery of Staff at CCI |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☐ NORMAL | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT | ☐ CRITICAL WORKERS ONLY | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CULINARY | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ CLERKS | **RECREATION** |
| ☒ OTHER: Use restraints for all Hispanic I/Ms | ☐ VOCATION/EDUCATION | ☐ NORMAL |
| | ☐ CANTEEN | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ CLOTHING ROOM | ☐ MODIFIED: |
| ☐ NORMAL | ☐ RESTRICTED WORK PROGRAM | No Recreational Activities for Hispanic I/Ms |
| ☒ CELL FEEDING | ☐ PORTERS | **CANTEEN** |
| ☐ CONTROLLED FEEDING IN DINING ROOM | ☒ NO INMATE WORKERS | ☐ NORMAL |
| ☐ HOUSING UNIT/DORM AT A TIME | **SHOWERS** | ☒ NO CANTEEN |
| ☐ DORM POD AT A TIME | ☐ NORMAL | ☐ MODIFIED: |
| ☐ TIER AT A TIME | ☒ ESCORTED | No Canteen for Hispanic I/Ms |
| ☐ HOUSING UNIT SECTION AT A TIME | ☒ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☒ SACK MEAL LUNCH | ☒ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: |
| **DUCATS** | ☐ NO SHOWERS | No Packages for Hispanic I/Ms |
| ☐ NORMAL | **MEDICAL** | **PHONE CALLS** |
| ☒ MEDICAL DUCATS ONLY | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☐ CLASSIFICATION DUCATS | ☒ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☐ PRIORITY DUCATS ONLY | ☒ MED. PERS. CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: |
| **VISITING** | ☐ INMATES ESCORTED TO SICK CALL | No Phone Calls for Hispanic I/Ms |
| ☐ NORMAL VISITING | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | ☐ OTHER: | ☐ NORMAL |
| ☒ NO VISITING | **LEGAL LIBRARY** | ☐ NO RELIGIOUS SERVICES |
| ☒ OTHER: NonHispanic authorized to visit | ☐ NORMAL | ☒ MODIFIED: Chaplains to tour buildings |
| NO VISITING for Hispanic Inmates | ☒ APPROVED COURT DEADLINES | to provide Religious Services for Hispanics |

### REMARKS:

On 4/3/08 at CCI, 2 Hispanic inmates violently assaulted 3 custody staff. As a result, all adult institutions were immediately placed on a statewide lockdown. Effective today, a statewide modified program has been initiated. All inmates will be cell fed. Chaplains will tour buildings for Hispanic inmates. Hispanic inmate movement will be escorted in restraints. There will be no Hispanic workers. Legal Library is approved for Hispanic inmates with court deadlines only. The following activities will be suspended for Hispanic inmates: Visiting, Recreation yard, Canteen, Packages, & Phone Calls. ALL Hispanic MSF inmates will be restricted to their dorm. This modified program will affect all Hispanic inmates at CAL as well as all inmates living with Hispanic inmates at CAL.

State of Emergency only: Postponement of nonessential administrative decisions, actions and the normal time requirements:
☐ Approved   ☐ Disapproved

| PREPARED BY: A. MILLER, Facility Caplain | DATE 4/4/08 | NAME / SIGNATURE (WARDEN) | DATE 4/4/08 |
|---|---|---|---|

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CALIPATRIA STATE PRISON | April 18, 2008 | CAL-INST-08-007 |

☐ NORMAL PROGRAM  ☐ MODIFIED PROGRAM  ☒ LOCKDOWN  ☐ STATE OF EMERGENCY

☒ INITIAL  ☐ UPDATE  ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION | ☒ ALL | ☐ BATTERY ON PEACE OFFICER at CCI |
| ☐ FACILITY: | ☐ BLACKS | ☐ DEATH |
| ☐ HOUSING UNIT: | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER: CONFIDENTIAL INFORMATION |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS ONLY: MSF Inmates Only | ☐ NORMAL |
| ☐ ESCORT ALL MOVEMENT IN RESTRAINTS | ☒ CULINARY CRITICAL WORKERS: MSF Inmates Only | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: |
| ☒ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: CRITICAL WORKERS UNRESTRAINED TO AND FROM WORKSITE | ☐ CANTEEN | ☐ NORMAL |
| | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL | ☐ PORTERS: | |
| ☒ CELL FEEDING | | **CANTEEN** |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NORMAL |
| ☐ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☒ NO CANTEEN |
| ☐ DORM POD AT A TIME | ☐ ESCORTED AND HANDCUFFED | ☐ MODIFIED: |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ NORMAL |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☒ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☒ NO SHOWERS | ☐ MODIFIED: |
| **DUCATS** | **MEDICAL** | **PHONE CALLS** |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | ☐ NORMAL |
| ☒ MEDICAL DUCATS ONLY IN RESTRAINTS | ☐ PRIORITY DUCATS ONLY | ☒ NO PHONE CALLS |
| ☐ CLASSIFICATION DUCATS IN RESTRAINTS | ☒ RN/LVN CONDUCT ROUNDS IN UNITS | ☐ MODIFIED: |
| ☐ PRIORITY DUCATS ONLY IN RESTRAINTS | ☐ INMATES ESCORTED TO SICK CALL | |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | **RELIGIOUS SERVICES** |
| ☐ NORMAL VISITING | ☐ OTHER: _____ | ☐ NORMAL |
| ☐ NON-CONTACT ONLY | | ☒ NO RELIGIOUS SERVICES |
| ☒ NO VISITING | **LEGAL LIBRARY** | ☐ MODIFIED: IN CELL RELIGIOUS ACTIVITIES ONLY |
| ☐ OTHER: | ☐ NORMAL | |
| | ☒ APPROVED COURT DEADLINES | |

**REMARKS:** On Friday, April 18, 2008, based on confirmed confidential information Calipatria State Prison is being placed on Modified Program. MSF critical workers will be used in the Facility Dining Rooms only. No Visiting will be conducted. All inmates will be subject to unclothed body search and walked through the metal detector prior to escort in restraints. Facility staff are to conduct thorough searches of common and designated areas during the weekend and submit a search report to their perspective Facility Captain. MSF will continue under normal yard/dayroom program. MSF-ORWD will operate on Monday (04-21-08).
This PSR will be reviewed on Monday, April 21, 2008.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J. BUILTEMAN, Associate Warden | April 19, 2008 | L. E. SCRIBNER, WARDEN | April 19, 2008 |

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CALIPATRIA STATE PRISON | April 18, 2008 | CAL-INST-08-007 |

☐ NORMAL PROGRAM  ☒ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☐ INITIAL  ☒ UPDATE  ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION | ☒ ALL | ☐ BATTERY ON PEACE OFFICER at CCI |
| ☐ FACILITY: | ☐ BLACKS | ☐ DEATH |
| ☐ HOUSING UNIT: | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER: CONFIDENTIAL INFORMATION |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS ONLY: MSF Inmates Only | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT IN RESTRAINTS | ☒ CULINARY CRITICAL WORKERS: MSF Inmates Only | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT | ☐ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☐ OTHER: CRITICAL WORKERS UNRESTRAINED TO AND FROM WORKSITE | ☐ CANTEEN | ☐ NORMAL |
| | ☒ CLOTHING ROOM  MSF | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL | ☐ PORTERS: | |
| ☒ CELL FEEDING | | **CANTEEN** |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☐ NORMAL |
|   ☐ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☒ NO CANTEEN |
|   ☐ DORM POD AT A TIME | ☒ ESCORTED AND HANDCUFFED | ☐ MODIFIED: |
|   ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | |
|   ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | **PACKAGES** |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☐ NORMAL |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☒ NO PACKAGES |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS | ☐ MODIFIED: |
| **DUCATS** | **MEDICAL** | |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☒ MEDICAL DUCATS IN RESTRAINTS | ☐ PRIORITY DUCATS ONLY | ☐ NORMAL |
| ☐ CLASSIFICATION DUCATS IN RESTRAINTS | ☒ RN/LVN CONDUCT ROUNDS IN UNITS | ☒ NO PHONE CALLS |
| ☒ PRIORITY DUCATS IN RESTRAINTS | ☐ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY | |
| ☐ NORMAL VISITING | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | | ☐ NORMAL |
| ☒ NO VISITING | **LEGAL LIBRARY** | ☒ NO RELIGIOUS SERVICES |
| ☒ OTHER: Attorney Visits | ☐ NORMAL | ☒ MODIFIED: IN CELL RELIGIOUS ACTIVITIES ONLY |
| | ☒ APPROVED COURT DEADLINES | |

REMARKS:  On Friday, April 18, 2008, based on confirmed confidential information Calipatria State Prison is being placed on Modified Program.  MSF critical workers will be used in the Facility Dining Rooms only.  No Visiting will be conducted.  All inmates will be subject to unclothed body search and metal detected prior to escort in restraints.  Facility staff are to conduct thorough searches of common and designated areas during the weekend and submit a search report to their perspective Facility Captain.  MSF will continue under normal program.  ASU normal program.
This PSR will be reviewed on Tuesday, April 22, 2008.

| PREPARED BY: J. BUILTEMAN, Associate Warden | DATE April 21, 2008 | NAME / SIGNATURE (WARDEN) L. E. SCRIBNER, WARDEN | DATE April 21, 2008 |
|---|---|---|---|

STATE OF CALIFORNIA                             DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CALIPATRIA STATE PRISON | April 18, 2008 | CAL-INST-08-007 |

| ☐ NORMAL PROGRAM | ☒ MODIFIED PROGRAM | ☐ LOCKDOWN | ☐ STATE OF EMERGENCY |
|---|---|---|---|

| ☐ INITIAL | ☒ UPDATE | ☐ CLOSURE |
|---|---|---|

### RELATED INFORMATION (CHECK ALL THAT APPLY)

| AREA AFFECTED | INMATES AFFECTED | REASON |
|---|---|---|
| ☒ INSTITUTION | ☒ ALL | ☐ BATTERY ON PEACE OFFICER at CCI |
| ☐ FACILITY: | ☐ BLACKS | ☐ DEATH |
| ☐ HOUSING UNIT: | ☐ WHITE | ☐ RIOT / DISTURBANCE |
| ☐ VOCATION: | ☐ HISPANIC | ☐ GROUPING |
| ☐ EDUCATION: | ☐ OTHER | ☒ OTHER: CONFIDENTIAL INFORMATION |

| MOVEMENT | WORKERS | DAYROOM |
|---|---|---|
| ☐ NORMAL | ☒ CRITICAL WORKERS ONLY: MSF Inmates and Facility B Non-Hispanics as assigned. | ☐ NORMAL |
| ☒ ESCORT ALL MOVEMENT IN RESTRAINTS | ☐ CULINARY. | ☒ NO DAYROOM ACTIVITIES |
| ☒ UNCLOTHED BODY SEARCH PRIOR TO EXITING CELL. | ☐ CLERKS | ☐ MODIFIED: |
| ☐ CONTROLLED MOVEMENT | ☐ VOCATION/EDUCATION | **RECREATION** |
| ☒ OTHER: FACILITY B CRITICAL WORKERS UNRESTRAINED TO AND FROM WORKSITE | ☐ CANTEEN | ☐ NORMAL |
|  | ☐ CLOTHING ROOM | ☒ NO RECREATIONAL ACTIVITIES |
| **FEEDING** | ☐ RESTRICTED WORK PROGRAM | ☐ MODIFIED: |
| ☐ NORMAL | ☐ PORTERS: | **CANTEEN** |
| ☒ CELL FEEDING |  | ☐ NORMAL |
| ☐ CONTROLLED FEEDING IN DINING ROOM | **SHOWERS** | ☒ NO CANTEEN |
| ☐ HOUSING UNIT/DORM AT A TIME | ☐ NORMAL | ☐ MODIFIED: |
| ☐ DORM POD AT A TIME | ☒ ESCORTED AND HANDCUFFED |  |
| ☐ TIER AT A TIME | ☐ ONE INMATE PER SHOWER – OWN TIER | **PACKAGES** |
| ☐ HOUSING UNIT SECTION AT A TIME | ☐ CELL PARTNERS TOGETHER – OWN TIER | ☐ NORMAL |
| ☐ SACK MEAL BREAKFAST | ☐ DORM SHOWERING BY GROUP | ☒ NO PACKAGES |
| ☒ SACK MEAL LUNCH | ☐ CRITICAL WORKERS ONLY | ☐ MODIFIED: |
| ☐ SACK MEAL DINNER | ☐ NO SHOWERS |  |
| **DUCATS** | **MEDICAL** |  |
| ☐ ALL DUCATS HONORED | ☐ NORMAL MEDICAL PROGRAM | **PHONE CALLS** |
| ☒ MEDICAL DUCATS IN RESTRAINTS | ☐ PRIORITY DUCATS ONLY | ☐ NORMAL |
| ☐ CLASSIFICATION DUCATS IN RESTRAINTS | ☒ RN/LVN CONDUCT ROUNDS IN UNITS | ☒ NO PHONE CALLS |
| ☒ PRIORITY DUCATS IN RESTRAINTS | ☐ INMATES ESCORTED TO SICK CALL | ☐ MODIFIED: |
| **VISITING** | ☐ EMERGENCY MEDICAL ONLY |  |
| ☐ NORMAL VISITING | ☐ OTHER: _____ | **RELIGIOUS SERVICES** |
| ☐ NON-CONTACT ONLY | _____ | ☐ NORMAL |
| ☒ NO VISITING | **LEGAL LIBRARY** | ☒ NO RELIGIOUS SERVICES |
| ☒ OTHER: Attorney Visits | ☐ NORMAL | ☒ MODIFIED: IN CELL RELIGIOUS ACTIVITIES ONLY |
|  | ☒ APPROVED COURT DEADLINES |  |

REMARKS: On Friday, April 18, 2008, based on confirmed confidential information Calipatria State Prison is being placed on Modified Program. MSF critical workers will be used as needed within the assigned Facilities. Facility B will utilize assigned Level IV non-Hispanic critical workers only. No Visiting will be conducted. All inmates will be subject to unclothed body search and metal detected prior to escort in restraints. Facility staff is to conduct thorough searches of common and designated areas and submit a search report to their respective Facility Captain on a daily basis. MSF will continue under normal program. ASU normal program. Inmates must wear boxers and shower shoes only during shower program.

| PREPARED BY: | DATE | NAME / SIGNATURE (WARDEN) | DATE |
|---|---|---|---|
| J. BUILTEMAN, Associate Warden | April 23, 2008 | L. E. SCRIBNER, WARDEN | April 23, 2008 |

STATE OF CALIFORNIA                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CALIPATRIA STATE PRISON | April 30, 2008 | CAL-INST-08-007 |

☐ NORMAL PROGRAM   ☒ MODIFIED PROGRAM   ☐ LOCKDOWN   ☐ STATE OF EMERGENCY

☐ INITIAL   ☒ UPDATE   ☐ CLOSURE

**AREA AFFECTED**
- ☒ INSTITUTION
- ☐ FACILITY:
- ☐ HOUSING UNIT:
- ☐ VOCATION:
- ☐ EDUCATION:

**RELATED INFORMATION (CHECK ALL THAT APPLY)**

**INMATES AFFECTED**
- ☒ ALL
- ☐ BLACKS
- ☐ WHITE
- ☐ HISPANIC
- ☐ OTHER

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER: CONFIDENTIAL INFORMATION

**MOVEMENT**
- ☒ NORMAL on searched yards.
- ☒ ESCORT ALL MOVEMENT IN RESTRAINTS on unsearched yards.
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT on unsearched yards.
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER:

**WORKERS**
- ☒ CRITICAL WORKERS ONLY: L-IV on searched yards. MSF on unsearched yards
- ☐ CULINARY CRITICAL WORKERS:
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS:

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED:

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL:
- ☒ ESCORTED AND HANDCUFFED: unsearched yards.
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☐ NORMAL
- ☒ NO CANTEEN: unsearched yards.
- ☒ MODIFIED: Critical workers by draw.

**DUCATS**
- ☒ ALL DUCATS HONORED: searched yards.
- ☒ MEDICAL DUCATS IN RESTRAINTS: unsearched yards.
- ☐ CLASSIFICATION DUCATS IN RESTRAINTS
- ☒ PRIORITY DUCATS IN RESTRAINTS: unsearched yards.

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☒ RN/LVN CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER:

**PACKAGES**
- ☒ NORMAL: searched yards
- ☒ NO PACKAGES: unsearched yards
- ☐ MODIFIED:

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED:

**VISITING**
- ☐ NORMAL VISITING
- ☐ NON-CONTACT ONLY
- ☒ NO VISITING
- ☒ OTHER: Attorney Visits

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☒ NO RELIGIOUS SERVICES: unsearched yards.
- ☒ MODIFIED: IN CELL RELIGIOUS ACTIVITIES: searched yards.

**REMARKS:** On Friday, April 18, 2008, based on confirmed confidential information Calipatria State Prison is being placed on Modified Program. MSF critical workers will be used in Facilities where searches have not been completed. L-IV inmates will be used in Facilities where searches have been completed. No Visiting will be conducted. All inmates will be subject to unclothed body search and metal detected prior to release from cell. Facility staff is to conduct thorough searches of common and designated areas and submit a search report to their respective Facility Captain. MSF and ASU's will continue under normal program. This PSR will be reviewed on Wednesday, May 7, 2008.

| PREPARED BY: J. BULTEMAN, Associate Warden | DATE April 30, 2008 | NAME / SIGNATURE (WARDEN) L. E. SCRIBNER, WARDEN | DATE April 30, 2008 |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# PROGRAM STATUS REPORT
## PART B – PLAN OF OPERATION / STAFF & INMATE NOTIFICATION

| INSTITUTION | EFFECTIVE DATE OF PLAN | PROGRAM STATUS NUMBER: |
|---|---|---|
| CALIPATRIA STATE PRISON | May 14, 2008 | CAL-INST-08-007 |

☐ NORMAL PROGRAM  ☒ MODIFIED PROGRAM  ☐ LOCKDOWN  ☐ STATE OF EMERGENCY

☐ INITIAL  ☒ UPDATE  ☐ CLOSURE

### RELATED INFORMATION (CHECK ALL THAT APPLY)

**AREA AFFECTED**
- ☐ INSTITUTION
- ☒ FACILITY: A, B, C, D
- ☐ HOUSING UNIT:
- ☐ VOCATION:
- ☐ EDUCATION:

**INMATES AFFECTED**
- ☒ ALL
- ☐ BLACKS
- ☐ WHITE
- ☐ HISPANIC
- ☐ OTHER

**REASON**
- ☐ BATTERY
- ☐ DEATH
- ☐ RIOT / DISTURBANCE
- ☐ GROUPING
- ☒ OTHER: CONFIDENTIAL INFORMATION

**MOVEMENT**
- ☒ NORMAL on searched yards.
- ☒ ESCORT ALL MOVEMENT IN RESTRAINTS on unsearched yards.
- ☒ UNCLOTHED BODY SEARCH PRIOR TO ESCORT on unsearched yards.
- ☐ CONTROLLED MOVEMENT
- ☐ OTHER:

**WORKERS**
- ☒ CRITICAL WORKERS ONLY: L-IV on searched yards. MSF on unsearched yards
- ☐ CULINARY CRITICAL WORKERS:
- ☐ CLERKS
- ☐ VOCATION/EDUCATION
- ☐ CANTEEN
- ☐ CLOTHING ROOM
- ☐ RESTRICTED WORK PROGRAM
- ☐ PORTERS:

**DAYROOM**
- ☐ NORMAL
- ☒ NO DAYROOM ACTIVITIES
- ☐ MODIFIED:

**RECREATION**
- ☐ NORMAL
- ☒ NO RECREATIONAL ACTIVITIES
- ☐ MODIFIED:

**FEEDING**
- ☐ NORMAL
- ☒ CELL FEEDING
- ☐ CONTROLLED FEEDING IN DINING ROOM
  - ☐ HOUSING UNIT/DORM AT A TIME
  - ☐ DORM POD AT A TIME
  - ☐ TIER AT A TIME
  - ☐ HOUSING UNIT SECTION AT A TIME
- ☐ SACK MEAL BREAKFAST
- ☒ SACK MEAL LUNCH
- ☐ SACK MEAL DINNER

**SHOWERS**
- ☐ NORMAL:
- ☒ ESCORTED AND HANDCUFFED: unsearched yards.
- ☐ ONE INMATE PER SHOWER – OWN TIER
- ☐ CELL PARTNERS TOGETHER – OWN TIER
- ☐ DORM SHOWERING BY GROUP
- ☐ CRITICAL WORKERS ONLY
- ☐ NO SHOWERS

**CANTEEN**
- ☒ NORMAL:
- ☒ NO CANTEEN: unsearched Housing Unit
- ☐ MODIFIED:

**PACKAGES**
- ☒ NORMAL: searched yards
- ☒ NO PACKAGES: unsearched yards
- ☐ MODIFIED:

**DUCATS**
- ☒ ALL DUCATS HONORED: searched yards.
- ☒ MEDICAL DUCATS IN RESTRAINTS: unsearched yards.
- ☐ CLASSIFICATION DUCATS IN RESTRAINTS
- ☒ PRIORITY DUCATS IN RESTRAINTS: unsearched yards.

**MEDICAL**
- ☐ NORMAL MEDICAL PROGRAM
- ☐ PRIORITY DUCATS ONLY
- ☒ RN/LVN CONDUCT ROUNDS IN UNITS
- ☐ INMATES ESCORTED TO SICK CALL
- ☐ EMERGENCY MEDICAL ONLY
- ☐ OTHER: _____

**PHONE CALLS**
- ☐ NORMAL
- ☒ NO PHONE CALLS
- ☐ MODIFIED:

**VISITING**
- ☒ NORMAL VISITING: Effective May 17, 2008
- ☐ NON-CONTACT ONLY
- ☐ NO VISITING
- ☒ OTHER:  Attorney Visits

**LEGAL LIBRARY**
- ☐ NORMAL
- ☒ APPROVED COURT DEADLINES

**RELIGIOUS SERVICES**
- ☐ NORMAL
- ☒ NO RELIGIOUS SERVICES: unsearched yards.
- ☒ MODIFIED: IN CELL RELIGIOUS ACTIVITIES: searched yards.

**REMARKS:** On Friday, April 18, 2008, based on confirmed confidential information Calipatria State Prison is being placed on Modified Program. MSF critical workers will be used in Facilities where searches have not been completed. L-IV inmates will be used in Facilities where searches have been completed.  All inmates will be subject to unclothed body search and metal detected prior to release from cell.  Facility staff is to conduct thorough searches of common and designated areas and submit a search report to their respective Facility Captain.  MSF and ASU's will continue under normal program. This PSR will be reviewed on Monday, May 19, 2008.

| PREPARED BY:  J. BUILTEMAN, Associate Warden | DATE  May 14, 2008 | NAME / SIGNATURE (WARDEN)  L. E. SCRIBNER, Warden | DATE  May 14, 2008 |

# VERIFICATION

STATE OF CALIFORNIA
COUNTY OF IMPERIAL

_____

(C.C.P. SEC. 446 & 2015.5: 28 U.S.C. 1746)

I, Francisco Partida DECLARE UNDER PENALY OF PERJURY THAT: I AM THE ___Petitioner___
IN THE ABOVE ENTITLED ACTION. I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF
AND THE SAME IS TRUE OF MY OWN KNOWLEDGE EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION,
AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS ___23rd___ DAY OF ___May___ 2008 AT
CALIPATRIA STATE PRISON, CALIPATRIA CALIFORNIA 92233-5002

(SIGNATURE) _Francisco Partida_
DECLARANT/PRISONER

---

# PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5 28 U.S.C. 1746)

I, _____ AM A RESIDENT OF CALIPATRIA STATE PRISON, IN THE COUNTY OF
IMPERIAL, STATE OF CALIFORNIA, I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM / AM NOT A
PARTY OF THE ABOVE ENTITLED ACTION. MY STATE PRISON ADDRESS IS P.O. BOX 5002, CALIPATRIA STATE PRISON,
CALIPATRIA, CALIFORNIA 92233-5002.

ON ___5/23/___ 2008 IS SERVED THE FOREGOING:

PETITIONER'S RULE 60(b) MOTION FOR
RELIEF FROM JUDGMENT OR ORDER; EXHIBITS

SET FORTH EXACT TITLE OF DOCUMENTS SERVED

ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE(S) WITH
POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT
CALIPATRIA STATE PRISON, CALIPATRIA, CALIFORNIA 92233-5002.

Office of the Clerk
U.S. District Court
Northern District of California
280 South First Street, Room 2112
San Jose, CA 95113-3095

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR
COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE
UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE ___5/23/___ , 2008    _Francisco Partida_
(DECLARANT / PRISONER)